UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-07-589 |
| | § | |
| JOSE ANTONIO FLORES | § | |

### COURT'S ORDER FOR
### EXAMINATION TO DETERMINE MENTAL COMPETENCY

Upon consideration of the Unopposed Motion For Psychiatric Evaluation by the defendant, JOSE ANTONIO FLORES, the Motion is hereby GRANTED.

The Court finds there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect or physical disability rendering him mentally or physically incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him or to assist his counsel.

THEREFORE, IT IS ORDERED, pursuant to 18 U.S.C. 4241(a) and 18 U.S.C. 4247(b) and (c) that the defendant, JOSE ANTONIO FLORES is to be examined by Dr. Homero Sanchez.  Dr. Sanchez shall evaluate the defendant to determine his mental competency to stand trial.  Following the examination, Dr. Sanchez shall prepare and submit a written report to the Court by February 29, 2008.

The report shall be prepared and submitted to this Court, with copies provided to the counsel for the defendant and to the attorney for the Government. The report shall include:

(1)   the person's history and present symptoms;

(2)   a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3)   the examiner's findings;

(4)     the examiner's opinions as to diagnosis and prognosis; and

(5)     whether the defendant is suffering from a mental disease or defect rendering his mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

All bills for services rendered in connection with this examination are to be submitted to the following address:

> United States Attorney's Office
> 800 N. Shoreline, Suite 500
> Corpus Christi, TX 78401

THEREFORE, IT IS ORDERED, pursuant to Title 18, United States Code, 4241 et seq., that a psychiatric evaluation of the defendant, JOSE ANTONIO FLORES, shall be conducted by Dr. Homero Sanchez.

SIGNED and ORDERED this 21st day of December, 2007.

_____
Janis Graham Jack
United States District Judge